IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKE A SEDA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 7:20-cv-02716-CS |
| v. ) | |
| ) | |
| C.R. BARD, INC. and BARD PERIPHERAL ) | |
| VASCULAR, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

**ORDER**

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice as to Plaintiff Brooke Seda.

**IT IS SO ORDERED:**

The Stipulation of Dismissal With Prejudice is **granted**. The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this __25th__ day of __February__, 20__21__.

_Cathy Seibel_
Cathy Seibel
UNITED STATES DISTRICT JUDGE